In the Matter of the Claim of EINAR GUSTAFSON, Respondent, against ALLEN N. SPOONER & SON, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The award in this case is opposed because the wage rate upon which the Industrial Board based compensation is, the appellant contends, erroneous. The Board held that the deceased had not worked in the employment in which he was working at the time of the accident during substantially the whole of the year immediately preceding the injuries and that, therefore, his compensation should be determined in accordance with subdivision 2 of section 14 of the Workmen's Compensation Law. In the employer's report of injury he stated the earnings of the claimant to be sixty-seven dollars per week. The award is at the rate of twenty-five dollars per week. The award was properly made. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of MICHAEL BROWN, Respondent, against BOON & SULLIVAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by an employer and insurance carrier from an award in claimant's favor. The only question presented is the correctness of claimant's wage rate fixed by the Industrial Board. Claimant had not worked substantially the whole of the year prior to his accident. The Industrial Board adopted the earnings of another employee, engaged in a similar employment, who had worked substantially the whole of the year previous to claimant's accident and made an award under subdivision 2 of section 14 of the Workmen's Compensation Law. Award affirmed, with one bill of costs to be divided equally between the claimant and the State Industrial Board, and printing disbursements to each. Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur; Rhodes, J., dissents on the authority of *Matter of Remmert* v. *Weidenmeyer* (262 N. Y. 534).

In the Matter of the Claim of DOMINICK WILLIAMS, Respondent, against HARRISON & MEYER, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award for temporary disability. This appeal raises the question of the wage rate, which was fixed upon the basis of a $20.66 weekly wage. The employer's statement of injury stated claimant's weekly wage to be $37.50. He had earned $391.51 during the preceding year, having worked part time for eighteen weeks. The business of the employer was not seasonal. Proof was given as to the wages paid an employee of the same class working substantially the whole of the preceding year who earned $1,072.67. The Board fixed the wages under subdivision 2 of section 14 of the Workmen's Compensation Law. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.